[No. 48045-0-II.   Division Two.   September 20, 2016.]

LORETTA LESURE, *Appellant*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 14-2-00964-2, Erik S. Rohrer, J., entered September 8, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Johanson, J. Now published at 197 Wn. App. 239.

[Nos. 32920-8-III; 33320-5-III.   Division Three.   September 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CALIXTO RIVERA, JR., *Appellant*.

*In the Matter of the Personal Restraint of* CALIXTO RIVERA, JR., *Petitioner*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-1-01028-9, Blaine G. Gibson, J., entered November 7, 2014, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded with instructions* and petition *dismissed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 33050-8-III.   Division Three.   September 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NICOLE R. BASHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 14-8-00091-7, Scott D. Gallina, J., entered January 14, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.